UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK ANTHONY BRATCHER, JR.,

   Plaintiff,

v.                                       Case No: 8:22-cv-2614-WFJ-MRM

HUNTER WARFIELD, INC.,

   Defendant.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 24)** that the above-styled action has been settled as to Defendant Hunter Warfield, Inc. ("Hunter Warfield") only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Hunter Warfield and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Hunter Warfield as the last remaining Defendant. Accordingly, the Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on May 1, 2023.

                                                   s/*William F. Jung*
                                                   **WILLIAM F. JUNG**
                                                   **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record